FILED
9/12/2018
Twelfth Court of Appeals
Katrina McClenny
Clerk



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0578-18

**ROBVIA LENEICE SIMPSON, Appellant**

**v.**

**THE STATE OF TEXAS**

### ORDER REGARDING REPRESENTATION
### ANDERSON COUNTY

*Per curiam.*

### O R D E R

Appellant was convicted of assault of a public servant, count one, and aggravated assault with a deadly weapon, count two in cause number 87CR-16-32761 in the 87th District Court of Anderson County. Appellant was sentenced to confinement for ten years in count one and for eleven years in count two. The court of appeals affirmed as to count one and reversed and remanded as to count two. Simpson v. State, No. 12-17-00080-CR (Tex. App. — Tyler, delivered April 18, 2018). The

State's petition for discretionary review was granted by this Court on September 12, 2018. Appellant is entitled to representation before this Court at this time. See Article 1.051(a)(d)(2), V.A.C.C.P. Appellant is without representation in this Court. Accordingly, the trial court is ordered to determine if Appellant is currently represented by counsel, and if so, to inform this court who represents Appellant. If Appellant is not currently represented by counsel and desires counsel, the trial court must first determine whether Appellant is indigent. If the trial court finds Appellant is indigent, that court shall appoint an attorney to represent Appellant before this court in regard to PDR No. PD-0578-18, in accord with the provisions of Articles 1.051 and 26.04, V.A.C.C.P. Any hearing conducted pursuant to this order shall be held within 30 days of the date of this order. The trial court's order appointing counsel, any findings of fact, affidavits, or transcription of the court reporter's notes and any other supplementation of the record shall be returned to this court within 45 days of the date of this order.

IT IS SO ORDERED THIS THE 12th DAY OF SEPTEMBER, 2018

DO NOT PUBLISH